UNITED STATES of America,
Plaintiff–Appellee

v.

Jose MARTINEZ–MENDOZA, also known as Juan Arriaga–Covarrubias, also known as Jaime Escobedo, also known as Jaime Guel, also known as Miguel Hernandez, Defendant–Appellant

No. 16-10060
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 10/18/2016

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee

Jose Martinez–Mendoza, Pro Se

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Martinez–Mendoza has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Martinez–Mendoza has filed a response. We

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

742

have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Martinez–Mendoza's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Martinez–Mendoza's pro se request for appointment of new counsel is DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under